**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jusamuel Rodriguez MCCREARY,
Defendant—Appellant.**

**No. 12–6897.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Jusamuel Rodriguez McCreary, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jusamuel Rodriguez McCreary appeals the district court's orders dismissing his motions to rectify the record and redress grievances, and a subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McCreary,* No. 3:06–cr–00190–RJC–1 (W.D.N.C. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*